Davina Shoumer (SBN 358336)
Email: davina@coastkeeper.org
Sarah J. Spinuzzi (SBN 305658)
Email: sarah@coastkeeper.org
ORANGE COUNTY COASTKEEPER
3151 Airway Avenue, Suite F-110
Costa Mesa, CA 92626
Phone: (714) 850-1965

*Attorneys for Plaintiffs Inland Empire Waterkeeper & Orange County Coastkeeper*

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

INLAND EMPIRE WATERKEEPER, a program of Orange County Coastkeeper, and ORANGE COUNTY COASTKEEPER, a California nonprofit public benefit corporation,

Plaintiffs,

v.

UNLIMITED PLASTICS INC., a California stock corporation.

Defendant.

Case No.: 8:25-cv-2482

**~~[PROPOSED]~~ CONSENT DECREE**

# CONSENT DECREE

**WHEREAS,** Orange County Coastkeeper is a 501(c)(3) non-profit public benefit corporation organized under the laws of the State of California, with its main office in Costa Mesa, California;

**WHEREAS**, Inland Empire Waterkeeper is a program of Orange County Coastkeeper (collectively, "Waterkeeper");

**WHEREAS,** Inland Empire Waterkeeper's mission is to promote watershed resilience in the Upper Santa Ana River Watershed, which it does through advocacy, education, research, restoration, and enforcement.

**WHEREAS**, Unlimited Plastics Inc. ("Unlimited Plastics") operates a facility at 425 S. Rancho Ave., Colton, CA 92324 (the "Facility");

**WHEREAS**, The Rodriguez Family Trust owns the land upon which the Facility operates;

**WHEREAS**, Unlimited Plastics is a plastics recycling company and grinds plastic materials for repurposing and wholesale;

**WHEREAS,** Unlimited Plastics is categorized under Standard Industrial Classification ("SIC") Code 5093, Scrap and Waste Materials;

**WHEREAS**, storm water discharges associated with industrial activity at the Facility are regulated by the National Pollutant Discharge Elimination System ("NPDES") General Permit No. CAS000001 [State Water Resources Control Board], Water Quality Order 2014-0057-DWQ, as amended by Order Nos. 2015-0122-DWQ and 2018-0028-DWQ ("General Permit" or "Permit"), and the Federal Water Pollution Control Act, 33 U.S.C. §§ 1251, *et seq.* ("Clean Water Act" or "CWA"), Sections 301(a) and 402, 33 U.S.C. §§ 1311(a), 1342;

**WHEREAS**, the operations at the Facility may result in discharges of pollutants into waters of the United States and are regulated by the Clean Water Act Sections 301(a) and 402. 33 U.S.C. §§ 1311(a), 1342;

**WHEREAS**, on September 5, 2025, Waterkeeper sent a notice of intent to file suit ("60-Day Notice") to Unlimited Plastics, their registered agents for service of process, the Administrator of the United States Environmental Protection Agency ("EPA"), the Executive Director of the State Water Resources Control Board ("State Board"), the Executive Director of the Regional Water Quality Control Board, Santa Ana Region ("Regional Board"), and the Regional Administrator of EPA Region IX, alleging violations of the Clean Water Act and the General Permit Water Quality Order 2014-0057-DWQ, as amended by Order Nos. 2015-0122-DWQ and 2018-0028-DWQ at the Facility;

**WHEREAS**, on November 5, 2025, Waterkeeper filed a complaint against Unlimited Plastics in the Central District of California, Civil Case No. 8:25-cv-2482 (the "Complaint");

**WHEREAS**, Plaintiffs' Complaint alleged violations of the General Permit and the Clean Water Act for Unlimited Plastic's discharges of pollutants into storm drains and surface waters, which discharges to the Santa Ana River, a water of the United States, which discharges into the Pacific Ocean (collectively, the "Receiving Waters");

**WHEREAS**, Waterkeeper and Unlimited Plastics (together, the "Settling Parties" or "Parties") agree that it is in their mutual interest to enter into a Consent Decree setting forth terms and conditions appropriate to resolving the allegations set forth in the 60-Day Notice and Complaint without further proceedings; and

**WHEREAS**, all actions taken by Unlimited Plastics pursuant to this Consent Decree shall be made in compliance with all applicable federal, state and local rules and regulations.

**NOW, THEREFORE, IT IS HEREBY STIPULATED BETWEEN THE SETTLING PARTIES AND ORDERED AND DECREED BY THE COURT AS FOLLOWS:**

1. The Court has jurisdiction over the subject matter of this action pursuant to Section 505(a)(1)(A) of the CWA, 33 U.S.C. § 1365(a)(1)(A).

2. Venue is appropriate in the Central District Court pursuant to Section 505(c)(1) of the CWA, 33 U.S.C. § 1365(c)(1), because the Facility at which the alleged violations are taking place is located within this District.

3. The Complaint states a claim upon which relief may be granted against Unlimited Plastics pursuant to Section 505 of the CWA, 33 U.S.C. § 1365.

4. Waterkeeper has standing to bring this action.

5. The Court shall retain jurisdiction over this action for purposes of interpreting, modifying, or enforcing the terms of this Consent Decree, or as long thereafter as necessary for the Court to resolve any motion to enforce this Consent Decree, but only regarding issues raised within the Term of this Consent Decree.

## I. OBJECTIVES

6. It is the express purpose of the Settling Parties through this Consent Decree to further the objectives of the Clean Water Act, and to resolve all issues alleged by Waterkeeper in its 60-Day Notice and Complaint or otherwise related to issues of stormwater compliance at the Facility occurring prior to service of the Complaint. These objectives include compliance with the provisions of this Consent Decree, compliance with all terms and conditions of the General Permit, and compliance with all applicable sections of the CWA.

7. In light of these objectives and as set forth fully below, Unlimited Plastics agrees to comply with the provisions of this Consent Decree, terms and conditions of the General Permit, and all applicable sections of the CWA at the Facility.

## II. AGENCY REVIEW AND CONSENT DECREE TERM

### A. Agency Review of Consent Decree

8. Agency Review. Waterkeeper shall submit this Consent Decree to the United States Department of Justice and the EPA (together, the "Federal Agencies") for agency review consistent with 40 C.F.R. § 135.5. The agency review period expires forty-five (45) calendar days after receipt by the Federal Agencies, as evidenced by certified return receipts, or upon the date that the Federal Agencies provide a no objection letter, whichever is earlier (the "Agency Review Period").

9. Court Notice. Waterkeeper shall notify the Court of the receipt date by the Federal Agencies, as required by 40 C.F.R. § 135.5, in order to coordinate the Court's calendar with the 45-day review period.

10. Entry of Consent Decree. Promptly following the expiration of the Agency Review Period, Waterkeeper shall submit the Consent Decree to the Court for entry.

### B. Definitions

11. Unless otherwise expressly defined herein, terms used in this Consent Decree which are defined in the CWA or in regulations or rules promulgated under the CWA have the meaning assigned to them in the statutes or regulations or rules. Whenever terms listed below are used in this Consent Decree, the following definitions apply:

a. "BAT" means the Best Available Technology Economically Achievable.

b. "BCT" means the Best Conventional Treatment Technology.

c. "BMPs" means Best Management Practices.

d. "Advanced Treatment" means treatment utilizing polymer- or electrostatically-assisted filtration or technology equivalent in

performance, designed in accordance with General Permit Section X.H.6.

e. "Consent Decree" means this Consent Decree and any attachments or documents incorporated by reference.

f. "Day" or "day" means a calendar day. In computing any period of time under this Consent Decree, where the last day of such period is a Saturday, Sunday, or Federal or State Holiday, the period runs until the close of business on the next day that is not a Saturday, Sunday, or Federal or State Holiday.

g. "Discharge Point" means each outfall and discharge location designated in the SWPPP for Unlimited Plastics.

h. "Effective Date" means the effective date of this Consent Decree, which shall be the date of full execution by the Parties.

i. "Entry Date" means the day this Consent Decree is approved and entered by the Court.

j. "Forecasted Rain Event" means a storm event with a greater than 50% change of precipitation over 0.1 inch.

k. "Plastic Materials" means virgin and recycled plastic resin pellets, powders, flakes, powdered additives, regrind, dust, and other similar types of preproduction plastics with the potential to discharge or migrate off-site.

l. "Qualified Industrial Storm Water Practitioner" or "QISP" shall have the definition set forth in Section IX.A of the General Permit.

m. "Qualifying Storm Event" or "QSE" shall have the definition set forth in Section XI.B of the General Permit.

n. "Reporting Year" means the period from July 1 of a given calendar year to June 30 of the following calendar year.

o. "SMARTS" means the California State Water Resources Control Board's Stormwater Multiple Application and Report Tracking System.

p. "SWPPP" means a Storm Water Pollution Prevention Plan.

q. "Term" means the period between the Effective Date and the "Termination Date."

r. "Termination Date" means the latest of:

i. Three (3) years from the Effective Date, unless there is an ongoing, unresolved formal dispute regarding Unlimited Plastic's compliance with this Consent Decree;

ii. If there is an ongoing, unresolved formal dispute regarding Unlimited Plastic's compliance with this Consent Decree, the Consent Decree will terminate within seven (7) days following the earlier of: (1) notice by the Settling Party that invoked Dispute Resolution procedure that the dispute has been fully resolved, or (2) an order of the Court resolving the dispute;

iii. Notwithstanding the above, if the Regional Board approves a Notice of Termination submitted for Unlimited Plastics pursuant to Section 2.C of the General Permit, the Termination Date shall be the later of: (1) the date of the Regional Board's Approval of the Notice of Termination for Unlimited Plastics, or (2) seven (7) calendar days from Unlimited Plastic's completion of all payments required by this Settlement Agreement.

s. "Wet Weather Season" means October 1 – March 31 of any given year.

## III. COMMITMENTS OF THE SETTLING PARTIES

### A. Storm Water Pollution Control Best Management Practices

12. Non-Storm Water Discharge Prohibition: Any unauthorized non-storm water discharge, as defined in the General Permit, shall be a violation of this Consent Decree.

13. Current and Additional Best Management Practices: In addition to maintaining the current BMPs described in Unlimited Plastic's SWPPP, Unlimited Plastics shall (1) develop and implement BMPs identified herein, and (2) develop and implement additional BMPs necessary to comply with the provisions of this Consent Decree and the General Permit, including but not limited to those that achieve BAT/BCT. In addition, the General Permit Receiving Water Limitations require that discharges from the Facility "not cause or contribute to an exceedance of any applicable water quality standards contained in a Statewide Water Quality Control Plan or the applicable Regional Board's Basin Plan." Unlimited Plastics shall develop and implement BMPs necessary to comply with the General Permit requirement to achieve compliance with Receiving Water Limitations.

14. Non-Structural BMPs for Unlimited Plastics: Within forty-five (45) days of the Effective Date, Unlimited Plastics shall develop and implement the following BMPs at the Facility and incorporate them into Unlimited Plastic's SWPPP:

a. Prior to the start of each Wet Weather Season, perform and document an inspection of all outdoor containers for punctures or leaks and immediately repair if any punctures or leaks are found;

b. Cover all outdoor waste disposal containers prior to the start of each Wet Weather Season;

c. Install capture devices as a form of tarps, prior to any Forecasted Rain Event;

d. Store outdoor plastic in durable, weather-proof permanent containers such as metal or plastic to prevent exposure to weather;

e. Conduct weekly vacuum sweeping of the entire outdoor concrete/asphalt areas of the Facility during the dry season and before any Forecasted Rain Event.

f. Manually sweep all areas inaccessible by the mechanical sweeper on the same schedule identified in Paragraph 14.e above.;

g. Conduct and document monthly inspections for errant Plastic Materials in accordance with General Permit Section XVIII.A.2.vi;

h. Submit revised housekeeping and inspection schedules, spill response and prevention procedures, and employee training materials to the State Water Board and submit these documents to the State Water Board whenever additional revisions are made within 30 days of any revision in accordance with General Permit Section XVIII.A.2.vi;

i. Place Stormwater BIOCHAR filter socks around the entire raw material storage area to prevent any stormwater runoff from flowing onto the remainer of the yard;

j. Install coverings on the open sides of the grinding area extending from the roof and secured to the ground.

15. Reporting: Within fourteen (14) days of completion of the BMPs identified in Paragraph 14, Unlimited Plastics will provide Waterkeeper with written confirmation of completion.

### B. SAMPLING AT THE FACILITY

16. Frequency: During the Term, Unlimited Plastics shall collect samples of storm water discharge from each Discharge Point(s) during no fewer than six (6) Qualifying Storm Events ("QSEs") per Reporting Year, provided six (6) QSEs occur. Unlimited Plastics shall sample at least three (3) QSEs during each half of the Reporting Year. If Unlimited Plastics is unable to collect samples from at three (3) QSEs during the first half of the reporting year, it shall make every effort to collect all six (6) samples in the second half of the reporting year

17. Documentation. To document the storm water discharge and discharge location, an employee shall take photographs of the sample bottles from the storm water discharge after the samples are collected (the "Sampling Photographs").

18. Rain Gauge: Unlimited Plastics shall maintain a recording rain gauge capable of recording rainfall to 0.1 inches. Unlimited Plastics shall maintain the rain gauge in accordance with the manufacturers' recommendations, maintain records of all maintenance and rain data, and provide such rain gauge data to Waterkeeper upon a request for documentation made pursuant to Paragraph 29.

19. Sampling Parameters: All samples collected pursuant to this Consent Decree shall be analyzed, at minimum, for the parameters listed in Table 1.

20. Laboratory and Holding Time: Except for pH samples, Unlimited Plastics shall cause delivery of all samples to a California state certified environmental laboratory for analysis within allowable hold times, pursuant to 40 C.F.R. Part 136. Analysis of pH will be completed onsite using a calibrated portable instrument for pH in accordance with the manufacturer's instructions. During the Term, Unlimited Plastics shall exclusively use a calibrated portable instrument for measuring pH in accordance with the manufacturer's instructions and shall not use wide range litmus pH paper or other equivalent.

21. Detection Limit: Unlimited Plastics shall request that the laboratory use analytical methods adequate to detect the individual contaminants at or below the values specified in the General Permit and Table 1 below.

22. Reporting: Unlimited Plastics shall provide complete laboratory results of all samples collected at the Facility to SMARTS in accordance with the General Permit and shall provide copies to Waterkeeper within thirty (30) days of receiving the laboratory report with the results.

### C. REDUCTION OF POLLUTANTS IN DISCHARGES

23. Table 1 Numeric Limits: Unlimited Plastics shall develop and implement BMPs consistent with the requirements of the General Permit to reduce pollutants in storm water at the Facility.

24. The Table 1 values constitute Action Plan and investigative triggers only and are not enforceable effluent limitations. Exceedance of a Table 1 value, by itself, shall not constitute a violation of this Consent Decree.

**TABLE 1**

| Analytes | Values | Source of Limit |
|---|---|---|
| pH | 6.5 - 8.5 | Basin Plan |
| Oil and Grease (O&G) | 15 mg/L | Permit NAL |
| Total Suspended Solids (TSS) | 100 mg/L | Permit NAL |
| Zinc (Zn) | 0.26 mg/L | Permit NAL |
| Aluminum (Al) | 0.75 mg/L | Permit NAL |
| Iron (Fe) | 1.0 mg/L | Permit NAL |
| COD | 120 mg/L | Permit NAL |
| Pb | 0.262 mg/L | Permit NAL |
| Dissolved Zn | 0.12 mg/L | California Toxics Rule |

25. Action Plan Trigger: The action plan requirements set forth in Paragraph 26 shall be triggered upon the occurrences of any of the following events: (a) two exceedances of the Table 1 value for the same pollutant from any outfall during a

Reporting Year; (b) three exceedances of any combination of pollutants from any outfall during a Reporting Year; or (c) a Level 1 or Level 2 ERA has been triggered when sampling results indicate an annual NAL exceedance for a pollutant. *See* Permit Section XII.C and D.

26. Action Plan: As of the Effective Date, and for the remainder of the Term, if Unlimited Plastics triggers an Action Plan as described in Paragraph 25, Unlimited Plastics shall prepare and submit to Waterkeeper a plan for reducing and/or eliminating the relevant discharge of pollutants for the Facility ("Action Plan"). In any year that a Level 1 or Level 2 ERA has been triggered, the Level 1 or Level 2 ERA Report may serve as the Action Plan. In any year that an Action Plan is required, such Action Plan shall be submitted by October 1st following the sample results that triggered the Action Plan. No more than one Action Plan will be required in any given year.

a. Action Plan Requirements. Each complete Action Plan submitted shall include at a minimum: (1) the identification of the contaminant(s) discharged in excess of the numeric limit(s); (2) an assessment of the source of each contaminant exceedance and/or applicable; (3) the identification of additional BMPs that shall be implemented to achieve compliance with the Table 1 Value(s), and (4) time schedules for implementation of the proposed BMPs. The time schedule(s) for implementation shall ensure all BMPs are implemented as soon as possible, but in no event later than October 1 following the submittal of the Action Plan unless a later implementation date is mutually agreed upon by the Settling Parties. If, during the second year of the Term, Unlimited Plastics triggers an Action Plan, that Action Plan must include Advanced Treatment, as defined above in Paragraph 11.d, that complies with

the design requirements specified in Section X.H.6 of the General Permit.

b. Action Plan Review: Waterkeeper shall have thirty (30) days upon receipt of Unlimited Plastics's complete Action Plan to provide Unlimited Plastics with comments. Within thirty (30) days of receiving Waterkeeper's proposed revisions to an Action Plan, Unlimited Plastics shall consider each of Waterkeeper's recommended revisions and shall incorporate those revisions necessary to ensure compliance with the General Permit or otherwise explain in writing why a revision is not required. Action Plan(s) developed and implemented pursuant to this Consent Decree are an obligation of this Consent Decree. Any disputes as to the adequacy of an Action Plan shall be resolved pursuant to the dispute resolution provisions of this Consent Decree, set out in Section IV below. Disputes regarding the adequacy of a particular BMP shall not impact the schedule for implementing any other BMP set forth in the Action Plan, and shall not be considered a breach of this Consent Decree by Unlimited Plastics.

c. Unlimited Plastics shall revise the Facility's SWPPP within thirty (30) days of completion of the Action Plan to reflect the changes required by the Action Plan. Unlimited Plastics shall notify Waterkeeper in writing when the Action Plan has been implemented and shall submit the revised SWPPP to Waterkeeper for review and comment.

d. Action Plan Payments: An Action Plan payment shall only be required if the Facility triggers a Level 1 or Level 2 ERA Report. The Action Plan payment shall be Five Thousand Dollars

($5,000.00). Payments shall be made to "Orange County Coastkeeper" via certified mail, return receipt requested to Orange County Coastkeeper, 3151 Airway Avenue, Suite F-110, Costa Mesa, CA 92626, at the same time the Action Plan is submitted. In no event shall Unlimited Plastics be required to pay more than one Action Plan payment in any calendar year.

**D. VISUAL OBSERVATIONS**

27. Storm Water Discharge Observations: During the Term, appropriately trained staff shall conduct visual observations during each QSE that is sampled in accordance with Section XI.A.2 of the General Permit.

28. Monthly Visual Observations: During the Term, appropriately trained staff shall conduct monthly non-storm water visual observations in accordance with Section XI.A.1 of the General Permit.

**E. MAINTAINING RECORDS AND RECORD REQUESTS**

29. Unlimited Plastics shall maintain records, which may include photographs, to document compliance with all terms of this Consent Decree, including, but not limited to Paragraphs 14, 19, 27, 28, and 33. Waterkeeper can request a copy of these records in writing, and Unlimited Plastics shall provide Waterkeeper with a copy of such requested records within fourteen (14) days of receipt of a written request from Waterkeeper for those records, but expressly subject to Waterkeeper maintaining the confidentiality of such records.

**F. EMPLOYEE TRAINING**

30. Within thirty (30) days of the Effective Date, Unlimited Plastics shall develop and implement an employee training program that meets the following requirements and ensures (1) that there is a sufficient number of employees working at the Facility designated to achieve compliance with the General Permit and this Consent Decree ("Designated Employees"), and (2) such Designated Employees are

properly trained to perform the required activities to maintain compliance with the General Permit, the Facility's SWPPP, and this Consent Decree; and (3) all full-time regular (non-temporary), non-clerical Unlimited Plastics employees at the Facility who work outdoors or may reasonably perform work outdoors at the Facility (hereinafter referenced as "Outdoor Employees") receive basic information regarding housekeeping and storm water best management practices (the "Training Program").

31. Designated Employee Training shall at a minimum, include:

a. Non-Storm Water Discharges. Designated Employees shall be trained on the General Permit's prohibition of non-storm water discharges so that Designated Employees know what non-storm water discharges are, that non-storm water discharges can result from improper surface washing or the release of any substance from the property, and how to detect and prevent non-storm water discharges.

b. The SWPPP and BMPs. All Designated Employees shall be trained on the SWPPP and, specifically, BMP implementation and/or maintenance, as applicable, to ensure BMPs are implemented effectively to prevent the exposure of pollutants to storm water and prevent the discharge of contaminated storm water from the Facility. Designated Employees shall be trained on proper operational procedures and control measures. All training of Designated Employees must include the requirements of the General Permit and this Consent Decree including the additional BMPs outlined in Paragraph 14 above.

c. Visual Observation. Unlimited Plastics shall designate and train an adequate number of Designated Employees necessary to

conduct visial monitoring of all outfalls, as required by the General Permit.

d. Storm Water Sampling. Unlimited Plastics shall designate an adequate number of Designated Employees necessary to collect storm water samples as required by this Consent Decree and the General Permit. The Training Program shall include training of Designated Employees sufficient to ensure: (i) proper sampling protocols, including chain of custody requirements, are followed at all times and, (ii) storm water samples are properly collected, stored, and submitted to a certified laboratory. Appropriately trained consultants may be used to collect storm water samples when Designated Employees are not present due to unforeseen circumstances, such as illness or emergency.

e. Training Implementation. Training of at least two Designated Employees (hereinafter referenced as "Designated Trainers") shall be provided by a Qualified Industrial Storm Water Practitioner (a "QISP," as defined in Section IX.A of the Permit) familiar with the requirements of this Consent Decree and the General Permit. The Designated Trainers and/or the QISP shall provide the training set forth in this Paragraph 31.

f. Language. The Training Program shall be conducted, and all training materials shall be made available, in the language in which the employee(s) participating in the Training Program are fluent.

g. Training Program Frequency – Designated Employees. Training shall be provided by an individual qualified to perform such training under the requirements of the General Permit and who is

familiar with the terms of the General Permit, this Consent Decree, and the SWPPP. The training will be repeated as necessary to ensure that all employees assigned storm water responsibilities are familiar with the requirements of the General Permit and the SWPPP. All new Designated Employees shall receive this training before assuming responsibilities for implementing Unlimited Plastics's SWPPP or monitoring and sampling as required by the General Permit.

32. Outdoor Employee Training Program. Outdoor employees shall receive basic training and information regarding housekeeping and storm water best management practices, which may be performed by a Designated Trainer or a QISP

a. Special Requirements – Plastic Materials: Outdoor Employees shall be annually trained on Section XVIII, Special Requirements of Plastic Materials. Designated Employees shall be trained on the containment system at each on-site storm drain discharge location or, if the Facility complies with the alternative BMP implementation, proper training of handling plastic materials as outlined in Section XVIII.A.2.b of the General Permit. Additionally, all Designated Employees shall be trained in a manner that prevents the loss of materials such as secondary containment and immediate spill response.

b. Training Program Frequency. Outdoor Employees who have not received training shall receive initial training to ensure they receive enough information regarding storm water housekeeping and best practices to comply with this Consent Decree and the General Permit. Outdoor Employees who are new shall receive this training within one year of hiring.

33. Training Records. Unlimited Plastics shall maintain training records to document compliance with this section, including sign-in sheets documents which employees were trained, and shall provide Waterkeeper with a copy of such records if requested in accordance with Paragraph 29.

**G. STORM WATER POLLUTION PREVENTION PLAN**

34. SWPPP. Within thirty (30) days of the Effective Date, Unlimited Plastics shall amend the Facility's SWPPP to incorporate the requirements of the General Permit and this Consent Decree.

35. Revising the SWPPP. Unlimited Plastics shall revise the Facility's SWPPP if there are any significant changes in Unlimited Plastics's operations, including but not limited to changes to storm water discharge point(s) or significant changes/additions to the BMPs at Unlimited Plastics, within thirty (30) days of the occurrence of any of the above-listed events.

36. Commenting on Revised SWPPPs. Unlimited Plastics shall upload each revised SWPPP to the SMARTS system in accordance with the General Permit and provide notice to Waterkeeper of such upload within fourteen (14) days of it being uploaded. Waterkeeper may provide comments, if any, to Unlimited Plastics within thirty (30) days of being notified that the SWPPP was uploaded to SMARTS. Unlimited Plastics shall consider Waterkeeper's comments and shall revise the SWPPP as necessary to maintain compliance with the General Permit and applicable law. Any disputes as to the adequacy of a SWPPP and/or Unlimited Plastics's failure to incorporate Waterkeeper's comments shall be resolved pursuant to the dispute resolution provisions of this Consent Decree, set out in Section IV below.

**H. COMPLIANCE MONITORING AND REPORTING**

37. Waterkeeper may conduct one (1) site inspection ("Site Inspection") per Reporting Year for the purpose of ensuring compliance with this Consent Decree. Any additional Site Inspection shall require mutual agreement of the Parties or a

showing of good cause related to an alleged violation of this Consent Decree. Waterkeeper shall not unreasonably request, and Defendants shall not unreasonably deny, the additional Site Inspection. Any Site Inspection shall occur during normal business hours, and Waterkeeper will provide Unlimited Plastics with at least forty-eight (48) hours' notice prior to a Site Inspection. For any Site Inspection requested to occur in wet weather, Waterkeeper shall be entitled to adjust timing or reschedule during normal business hours in the event the forecast changes and anticipated precipitation appears unlikely, and thus frustrates the purpose of visiting the Facility in wet weather. Notice will be provided by electronic mail to the individual(s) designated below at Paragraph 64. During a wet weather inspection, Waterkeeper may observe sampling conducted pursuant to the General Permit, provided such sampling is otherwise required and occurring during the inspection.

38. Document Provision. During the Term, Unlimited Plastics shall notify and submit documents to Waterkeeper as follows:

a. Unlimited Plastics shall provide Waterkeeper with copies of all final compliance reports, sampling data, and non-privileged correspondence related to storm water compliance that are submitted to the Regional Board pursuant to the General Permit;

b. Within ten (10) business days of receipt by Unlimited Plastics, Unlimited Plastics shall send to Waterkeeper any compliance document, inspection report, written communication and/or correspondence, or any document related to storm water quality at the Facility received by Unlimited Plastics from the Regional Board, the State Board, and/or any state or local agency, county, municipality. Unlimited Plastics shall email electronic copies of documents to Waterkeeper at the relevant notice address contained below.

39. Compliance Monitoring. Unlimited Plastics agrees to partially defray costs associated with Waterkeeper's monitoring of Unlimited Plastics's compliance with this Consent Decree in the amount of Forty Thousand Dollars ($40,000.00) total for the Term. No additional annual monitoring fees shall be assessed beyond the Termination Date, and monitoring fees shall cease upon approval of a Notice of Termination by the Regional Board.

### I. ENVIRONMENTAL MITIGATION, LITIGATION FEES AND COSTS, STIPULATED PENALTIES, AND INTEREST

40. Environmental Mitigation Project: To fund environmental project activities that will reduce or mitigate the impacts of storm water pollution from industrial activities occurring in and around the Santa Ana River, Defendants agree to make a payment totaling Thirty-Five Thousand Dollars ($35,000.00) to be paid in two installments of Seventeen Thousand Five Hundred Dollars ($17,5000) made within one (1) year of the Entry Date, payable to TreePeople, Inc., and sent via overnight mail to 12601 Mulholland Drive, Beverly Hills, CA 90210. Failure to submit payment as required under this Paragraph will constitute breach of the Consent Decree.

41. Waterkeeper's Fees and Costs: Unlimited Plastics agrees to pay a total of Eighty Thousand Dollars ($80,000.00) to Waterkeeper to partially reimburse Waterkeeper for their investigation fees and costs, expert/consultant fees and costs, reasonable attorneys' fees, and other costs incurred as a result of investigating and filing the lawsuit, and negotiating a resolution of this matter within thirty (30) days of the Entry Date. The payment shall be made payable to Orange County Coastkeeper and delivered by certified mail or overnight carrier to: Orange County Coastkeeper, 3151 Airway Ave., Suite F-110, Costa Mesa, CA 92626, unless made via wire transfer. Failure to submit payment as required under this Paragraph will constitute breach of the Consent Decree.

42. Stipulated Payment. In the event that Unlimited Plastics fails to submit to Waterkeeper any payment, document, report, or communication required by this Consent Decree, Waterkeeper shall provide written notice to Unlimited Plastics of such missed deadline. Unlimited Plastics shall have fourteen (14) days from receipt of such notice to respond to Waterkeeper, and if necessary, cure such delinquency. If the Facility fails to respond and, if necessary, cure such alleged delinquency within fourteen (14) business days of receipt of Waterkeeper's notice, then Unlimited Plastics shall pay a stipulated payment of One Hundred Dollars ($100.00) per day. Such stipulated payments shall be made by check payable to: TreePeople, Inc., and such funds shall be used for the sole purpose of funding environmentally beneficial projects, as described in Paragraph 40. Payment shall be sent via overnight mail to TreePeople, Inc., 12601 Mulholland Drive, Beverly Hills, CA 90210. Unlimited Plastics agrees to make the stipulated payment within fourteen (14) days after the resolution of the event that precipitated the stipulated payment liability. No stipulated payment shall accrue during any good-faith dispute regarding compliance that is timely raised pursuant to the dispute resolution provisions of this Consent Decree.

## IV. DISPUTE RESOLUTION

43. This Court shall retain jurisdiction over this matter for the Term for the purposes of enforcing its terms and conditions, and adjudicating all disputes among the Parties that may arise under the provisions of this Consent Decree. The Court shall have the power to enforce this Consent Decree with all available legal and equitable remedies, including contempt.

44. The Parties agree that informal resolution and meet-and-confer procedures shall be the primary mechanism for resolving disputes, and that court intervention shall be sought only as a last resort.

45. Meet and Confer. Either party to this Consent Decree may invoke the dispute resolution procedures of this Section IV by notifying the other party in

writing of the matter(s) in dispute and of the disputing party's proposal for resolution. The Parties shall then meet and confer in good faith (either telephonically or in person) within ten (10) days of the date of the notice in an attempt to fully resolve the dispute no later than thirty (30) days from the date of the notice.

46. Conference. If the Parties cannot resolve the dispute within thirty (30) days of the meet and confer described in Paragraph 45 above, the Parties agree that the dispute may be submitted for formal resolution by filing a motion before the United States District Court for the Central District of California. The Parties agree to request an expedited hearing schedule on the motion. If the parties do not wish to request a conference with a magistrate, they may request a settlement conference.

47. In resolving any dispute arising from this Consent Decree before the Court, the prevailing Party shall be entitled to seek fees and costs incurred pursuant to the provisions set forth in Section 505(d) of the Clean Water Act, 33 U.S.C. § 1365(d), and applicable case law interpreting such provisions, or as otherwise provided for by statute and/or case law.

## V. MUTUAL RELEASE OF LIABILITY AND COVENANT NOT TO SUE

48. Waterkeeper's Waiver and Release of Unlimited Plastics. In consideration of the above, upon the Effective Date of this Consent Decree, Waterkeeper, on its own behalf and on behalf of its officers and directors, releases Unlimited Plastics, their officers, directors, managers, employees, members, parents, subsidiaries, divisions, affiliates, successors or assigns, agents, attorneys and other representatives, from and waives all claims that were raised in the 60-Day Notice and/or the Complaint up to and including the Termination Date of this Consent Decree.

49. Unlimited Plastics' Waiver and Release of Waterkeeper. In consideration of the above, upon the Effective Date of this Consent Decree, Unlimited Plastics, on its own behalf and on behalf of its officers, directors,

employees, parents, subsidiaries, affiliates and each of their successors or assigns, releases Waterkeeper, its officers and directors, from and waives all claims related to the 60-Day Notice and/or the Complaint up to and including the Termination Date of this Consent Decree.

## VI. MISCELLANEOUS PROVISIONS

50. Agency Communications. So long as Unlimited Plastics is performing in good faith under this Consent Decree, Waterkeeper covenants that it will not make representations to or otherwise take any position before any agency that Unlimited Plastics is in violation of the General Permit or Clean Water Act. However, nothing in this Consent Decree limits or otherwise affects Waterkeeper's rights to respond to inquiry initiated by any agency or, at the request of an agency, participate in informal or formal proceeding before the State Board, Regional Board, EPA, or any other judicial or administrative body on any matter relating to Unlimited Plastics's compliance at the Facility with the General Permit or the Clean Water Act occurring or arising after the Effective Date and Waterkeeper must provide notice to Unlimited Plastics of the same within five (5) business days of the agency initiated inquiry or request to participate.

51. No Admission of Liability. The Parties enter into this Consent Decree for the purpose of avoiding prolonged and costly litigation. Neither the Consent Decree nor any payment pursuant to the Consent Decree shall constitute or be construed as a finding, adjudication, or acknowledgement of any fact, law or liability, nor shall it be construed as an admission of violation of any law, rule, or regulation. Unlimited Plastics maintains and reserves all defenses it may have to any alleged violations that may be raised in the future.

52. Counterparts. This Consent Decree may be executed in any number of counterparts, all of which together shall constitute one original document. Telecopy

and/or facsimile copies of original signature shall be deemed to be originally executed counterparts of this Consent Decree.

53. Authority. The undersigned representatives for Waterkeeper and Unlimited Plastics each certify that s/he is fully authorized by the party whom s/he represents to enter into this Consent Decree. A Party's signature to this Consent Decree transmitted by facsimile or electronic mail shall be deemed binding.

54. Construction. The language in all parts of this Consent Decree shall be construed according to its plain and ordinary meaning, except as to those terms defined in the Permit, the Clean Water Act, or specifically herein. The captions and paragraph headings used in this Consent Decree are for reference only and shall not affect the construction of this Consent Decree.

55. Full Settlement. This Consent Decree constitutes a full and final settlement of this matter.

56. Integration Clause. This is an integrated Consent Decree. This Consent Decree is intended to be a full and complete statement of the terms of the agreement between the Parties and expressly supersedes any and all prior oral or written agreements, covenants, representations, and warranties (express or implied) concerning the subject matter of this Consent Decree.

57. Severability. In the event that any provision, paragraph, section, or sentence of this Consent Decree is held by a court to be unenforceable, the validity of the enforceable provisions shall not be adversely affected.

58. Choice of Law. The laws of the United States shall govern this Consent Decree.

59. Diligence: Unlimited Plastics shall diligently file and pursue all required permit applications for any required BMPs and shall diligently procure contractors, labor, and materials needed to complete all BMPs by the required deadlines.

60. Effect of Consent Decree: Compliance with this Consent Decree does not mean that Unlimited Plastics is complying with the General Permit, the Clean Water Act, or any other law, rule, or regulation. Nothing in this Consent Decree shall be construed as an admission of liability, wrongdoing, or violation of law by Unlimited Plastics.

61. Negotiated Settlement. The Settling Parties have negotiated this Consent Decree, and agree that it shall not be construed against the party preparing it, but shall be construed as if the Settling Parties jointly prepared this Consent Decree, and any uncertainty and ambiguity shall not be interpreted against any one party.

62. Modification of the Consent Decree. This Consent Decree, and any provisions herein, may not be changed, waived, discharged, or terminated unless by a written instrument, signed by the Parties and approved by the Court. Any request to modify any provision of the Consent Decree, including but not limited to any deadline(s) set forth herein, must be made in writing at least fourteen (14) days before the existing deadline(s) applicable to the provision(s) proposed to be modified.

63. Assignment. Subject only to the express conditions contained in this Consent Decree, all the rights, duties and obligations contained in this Consent Decree shall inure to the benefit of and be binding upon the Settling Parties, and their successors and assigns. In the event that Unlimited Plastics's transferee or assign ("Assignee") will continue industrial operations at the Facility, Unlimited Plastics shall notify Waterkeeper ten (10) days in advance of the proposed transfer or assignment ("the Assignment Notice") and within ten (10) days following the Assignment Notice, Unlimited Plastics will provide Waterkeeper with a written assignment and assumption duly executed by the Facility and the Assignee assigning Unlimited Plastics' obligations under this Consent Decree to the Assignee.

64. Force Majeure. Neither of the Parties shall be considered to be in default in the performance of any of their respective obligations under this Consent Decree

when performance becomes impossible due to a Force Majeure event. A Force Majeure event is any circumstance beyond a Settling Party's control, including without limitation, any act of God, war, fire, earthquake, flood, windstorm, pandemic, public health crisis, or natural catastrophe; criminal acts; civil disturbance, vandalism, sabotage, or terrorism; restraint by court order or public authority or agency; or action or non-action by, or inability to obtain the necessary authorizations or approvals from any governmental agency. A Force Majeure event shall not include normal inclement weather, economic hardship, inability to pay, or employee negligence. Any party seeking to rely upon this Paragraph to excuse or postpone performance shall have the burden of establishing that it could not reasonably have been expected to avoid the Force Majeure event and which by exercise of due diligence has been unable to overcome the failure of performance. The Parties shall exercise due diligence to resolve and remove any Force Majeure event.

65. Correspondence. All notices required herein or any other correspondence pertaining to this Consent Decree shall be, the extent feasible, sent via electronic mail transmission to the e-mail address listed below, or if electronic mail is not feasible, then by certified U.S. mail with return receipt, or by hand delivery to the following addresses:

| | |
|---|---|
| <u>If to Waterkeeper</u>:<br>Davina Shoumer<br>Email: davina@coastkeeper.org<br>ORANGE COUNTY COASTKEEPER<br>3151 Airway Avenue, Suite F-110<br>Costa Mesa, CA 92626<br>Phone: (714) 850-1965 | <u>If to Unlimited Plastics</u>:<br>Guillermo Rodriguez<br>Email: unlim3@pacbell.net<br>UNLIMITED PLASTICS, INC.<br>425 S. Rancho Ave.<br>Colton, CA 92324<br>Phone: (909) 820-4171 |
| <u>With copies to</u>:<br>Sarah Spinuzzi<br>Email: sarah@coastkeeper.org<br>ORANGE COUNTY COASTKEEPER<br>3151 Airway Avenue, Suite F-110<br>Costa Mesa, CA 92626<br>Phone: (714) 850-1965 | <u>With copies to</u>:<br>E. Jacob Lubarsky<br>Email: ELubarsky@rjo.com<br>ROGERS JOSEPH O'DONNELL, PC<br>311 California Street, 10th fl<br>San Francisco, CA 94104<br>Phone: (415) 956-2828 |

Notifications of communications shall be deemed submitted three (3) days after the date that they are postmarked and sent by first-class mail, or immediately after acknowledgement of receipt via email by the receiving party. Any change of address or addresses shall be communicated in the manner described above for giving notices.

66. If for any reason the District Court should decline to approve this Consent Decree in the form presented, the Parties shall use their best efforts to work together to modify the Consent Decree within thirty (30) days so that it is acceptable to the District Court. If the Parties are unable to modify this Consent Decree in a mutually acceptable manner that is also acceptable to the District Court, this Consent Decree shall immediately be null and void as well as inadmissible as a settlement communication under Federal Rule of Evidence 408 and California Evidence Code section 1152.

The Parties hereto enter into this Consent Decree and submit it to the Cou... its approval and entry as a final judgment.

IN WITNESS WHEREOF, the undersigned have executed this Consent Decree as of the date first set forth below.

APPROVED AS TO CONTENT

Dated: June 12, 2026

By: Garry Brown
Garry Brown
Executive Director
Orange County Coastkeeper

Dated: 06/15/2026

By: [signature]
Guillermo Rodriguez
Chief Executive Officer
Unlimited Plastics, Inc.

APPROVED AS TO FORM

Dated: June 12, 2026

By: Davina Shoumer
Davina Shoumer
Attorney for Orange County Coastkeeper

Dated: June 15, 2026

By: [signature]
E. Jacob Lubarsky
Attorney for Unlimited Plastics, Inc.

**IT IS SO ORDERED.**
**FINAL JUDGMENT**

Upon approval and entry of this Consent Decree by the Court, this Consent Decree shall constitute a final judgment between Waterkeeper and Unlimited Plastics.

Dated: August 6, 2026

Honorable Douglas F. McCormick
United States Magistrate Judge
Central District of California